1
2
3
4                                    UNITED STATES DISTRICT COURT
5                                  NORTHERN DISTRICT OF CALIFORNIA
6

7    D'VAUGHN HILL,                              Case No. 23-cv-01681-HSG

8                    Plaintiff,                  **ORDER OF TRANSFER**

9          v.

10   CDCR CONTRACT
     PHYSICIAN/SURGEON, et al.,
11
                     Defendants.
12

13         Plaintiff, an inmate housed at Corcoran State Prison ("CSP") has filed a *pro se* civil rights

14   action pursuant to 42 U.S.C. § 1983.  He has named as defendants Folsom State Prison doctor Jeu

15   and CDCR contract physician/surgeon Dr. Dowbak, whom he alleges performed the surgery on

16   his pink finger.  Dkt. No. 1.  The events or omissions giving rise to Plaintiff's claim(s) appear to

17   have occurred at Folsom State Prison, and at least one defendant works at Folsom State Prison.

18   Folsom State Prison is located in Sacramento County, which lies within the venue of the Eastern

19   District of California.  *See* 28 U.S.C. § 84(b).  No defendant is alleged to reside in this district.

20   Venue therefore properly lies in the Eastern District.  *See id.* § 1391(b).

21         Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C.

22   § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern

23   District of California.  The Clerk is directed to close the case.

24         **IT IS SO ORDERED.**

25   Dated:   6/30/2023

26                                              _____
                                                HAYWOOD S. GILLIAM, JR.
27                                              United States District Judge

28

United States District Court
Northern District of California